No. 362. F. M. Hubbell, Intervener, v. Texas Southern Railway Company et al.

No. 363. Orient Trust Company v. St. Louis Union Trust Company et al.

No. 405. St. Louis Union Trust Company v. Texas Southern Railway Company et al.

Decided February 10, 1910.

Appeals from the District Court of Harrison County. Tried below before Hon. W. C. Buford.

Numerous appeals were perfected by various parties and interveners from the judgment of the District Court directing distribution of the funds in the hands of the receiver of the Texas Southern Railway Company, arising from sale of its property under mortgage foreclosure.

The several cases were consolidated and the five opinions following dispose of the various questions involved.